Open Entry Services, Prepositional Negotiator
Brittian Willie Young Sr.
232 S. 12th Ave.
Phoenix, AZ 85007
Cell Phone#: (480)249-5173
Email: britain.young@gmail.com
Representing Business Organization, not a lawyer

```
✓ FILED          ___ LODGED
___ RECEIVED     ___ COPY

AUG 1 5 2022
CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

**OPEN ENTRY SERVICES**, a prepositional service provider of the United States **Brittian Willie Young Sr.**, the Prepositional Negotiator for O.E.S.   )

Plaintiffs,

VS.                                                                                                                  )

**STATE OF ARIZONA**: ADEQ, ADOCS, ADOC; Misael Cabrera, Mike Faust, ) Charles Ryan and David Shinn, the (Directors); Lisa Daniel Flores, Camile D. Bibles, Dominic W. Lanza, and senior U.S. Judge David G. Campbell, the   ) (Judges); Maureen Elizabeth Feeny, Emily Marie Hovatar, the (State Prosecutors); **Mark Brnovich**, the (Attorney General)                                                                )

Defendants                                                                                                    )

Case No. **CV22-01368-PHX-DJH**

Complaint Tittle: **"OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD**

Assigned to the Honorable _____

"OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD

# EXHIBIT A

**"OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD**

# COMPLAINT

By and through Pro-per actions I, Brittian Willie Young Sr., the Prepositional Negotiator for Open Entry Services, as the Plaintiff, hereby certify and affirm as true and correct in this Civil Complaint, Plaintiffs are seeking Constitutional and value relief due to developments in case made after the filing of Plaintiffs' complaint in lower court concerning all of the following including Default:

- Fraudulent "Temporary Custody Notice" forged by CPS Manager
  (a) CPS manager made a false report on the child party to Open Entry Services.
  (b) CPS manager forged the "Temporary Custody Notice"
  (c) CPS manager had a history of drug abuse that led to her state of AIDS.
  (d) CPS manager breached the agreements in the government contract titled "Temporary Custody Notice"; this constitutes breach of contract.
  (e) This is a violation of Constitutional law; equal protection clause.

- Open Entry Services' disclaimer to site on 4909 E. Beverly, Phoenix, AZ
  (a) Neglect and Negligence lead to injuries and permanent lean on properties.
  (b) State of Arizona Trespassed the Faith of O.E.S. by hindering the prosecution efforts made through O.E.S. to protect children;
  (c) 4909 E. Beverly Rd.,Phoenix, AZ 85044 is known as a sanctuary and place of sanctity where it is known as a place of sacrament and conception.
  (d) The estimated value herein is $357,000
  (e) this is a violation of freedom of religion and Constitutional law

- Open Entry Services' expert opinions from specialist are available
  (a) There is a health report for Brittian Willie Young Sr..
  (b) There is an active pledge number, ( cv2022-006999 ) that has accumulated $2,700. [exhibit B]
    - All defendants are bound by oath and Constitutional Law to show good faith and confer where they breached contract $95,000,000,000.

3

## "OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD

## MEMORANDUM OF LAW ; DECLARATION OF LAW FOR "O.E.S" IN SUPPORT OF COMPLAINT

Pro-se, Plaintiffs seek Constitutional Relief with this Complaint in sum of developments that occurred after the filing of complaint in lower court where there is now lack of jurisdiction giving the United States District Court District of Arizona the jurisdiction and authority for this case. Open Entry Services hereby declare that the constitution of the United States has been violated recognized by the fourteenth amendment of the U.S. Constitution where there is a freedom of religion and freedom of speech and rights to equal protection of those laws certify and affirm that we are ready for this court to grant the default Judgment where Defendants failed to respond in a timely matter with good faith and intentions to resolve the matter with the the tranquility of our constitution to prosecute matter of fraud and conspiracy where there is duty of care and they failed to report the crime.

## CONCLUSION

For herein reasons, Pro-se, Plaintiffs propose the Court grant Constitutional relief sought in Complaint ranging from restoration of all rights, custody of child taken by fraud, restoration of $357,000 property, video surveillance lost by ADEQ valued at $80,000,000, interest compounded for both values, pain and suffering; a defamation of character public apology and value greater than $95,000,000,000.

Forwarded this day August 15, 2022 by _Brittian Willie Young Sr._

Brittian Willie Young Sr., Prepositional Negotiator
Open Entry Services
232 S. 12th Ave.
Phoenix, AZ 85007
Cell Phone # (480) 249-5173
Email: britain.young@gmail.com

4

"OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD

# EXHIBIT B

## OPEN ENTRY SERVICES PETITION PLEDGE# CV2022-006999



**OPEN ENTRY SERVICES**, a Prepositional Service Provider of the United States;
**Brittian Willie Young Sr.**, the Prepositional Negotiator for O.E.S.

**VS.**



**STATE OF ARIZONA**: ADEQ, ADOCS, ADOC; Misael Cabrera, Mike Faust, Charles Ryan and David Shinn, the (Directors); Lisa Daniel Flores, Camile D. Bibles, Dominic W. Lanza, and senior U.S. Judge, the (Judges); Maureen Elizabeth Feeny, Emily Marie Hovatar, the State Prosecutors; **Mark Brnovich**, the (Attorney General)

### YOUR PLEDGE MAKES A DIFFERENCE

**"OPEN ENTRY SERVICES"**, has maintained the compound interest of the community since March of 2009; the State of Arizona has endangered our funds and civil rights to public service as citizens of the United States. We are at the beginning stages of this battle; the attorney general and his party are liable for unsafe conditions that violate constitutional law. **Pledge funds** appreciate our case where <u>we are always up to something the future can appreciate.</u>

To follow case history of this party visit:
http://www.superiorcourt.maricopa.gov/docket/CivilCourtCases/caseInfo.asp?caseNumber=CV2022-006999

send Pledge in money order form to: **Brittian Willie Young, Open Entry Services**
232 S. 12th Ave. Phoenix, AZ 85007

# EXHIBIT C

# "OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD

CPS-1000A (3-13)

**TEMPORARY CUSTODY NOTICE**

On (date) 09/08/2015, at (time) 1230 AM/PM, temporary custody of (child's name) Brittian Young, Jr.
was taken at (address) St. Joseph's Hospital, 350 W Thomas Rd, Phoenix, 85013 by (agency) Department of Child Safety
Describe the specific reason(s) temporary custody is necessary: Mental health (SMI) and substance abuse, neglect, domestic violence

Check the circumstances (imminent risk factor) that most clearly describes the reason temporary custody was necessary:
- ☐ Medical or psychological examination required to diagnose abuse or neglect.
- ☐ No caregiver is present and the child cannot care for himself or herself or for other children in the household.
- ☐ A child has severe or serious non-accidental injuries that require immediate medical treatment.
- ☐ A child requires immediate medical treatment for a life-threatening medical condition or a condition likely to result in impairment of bodily functions or disfigurement, and the child's caregiver is not willing or able to obtain treatment.
- ☐ A child is suffering from nutritional deprivation that has resulted in malnourishment or dehydration to the extent that the child is at risk of death or permanent physical impairment.
- ☒ The physical or mental condition of a child's caregiver endangers a child's health or safety.
- ☐ A medical doctor or psychologist determined that a child's caregiver is unable or unwilling to provide minimally adequate care.
- ☐ The home environment has conditions that endanger a child's health or safety, such as unsanitary disposal of human waste, animal feces or garbage, exposed wiring, access to dangerous objects, or harmful substances that present a substantial risk of harm to the child.
- ☐ A medical doctor or psychologist determined that a child's caregiver has emotionally damaged the child; the child is exhibiting severe anxiety, depression, withdrawal, or aggressive behavior due to the emotional damage; and the caregiver is unwilling or unable to seek treatment for the child.
- ☐ The child was physically injured as a result of living on premises where dangerous drugs or narcotic drugs are being manufactured.
- ☐ The child's caregiver has engaged in sexual conduct with a child, or has allowed the child to participate in sexual activity with others.
- ☒ Other circumstances place a child at imminent risk of harm requiring removal (describe specific circumstance). Mental health (SMI) and substance abuse, neglect, domestic violence

The Department of Child Safety (DCS) must:
- Return your child within 72 hours (not including weekends and holidays) unless DCS files a legal paper, called a petition, with the Juvenile Court. If a petition is filed, your child will be kept in the temporary custody of DCS.
- Return your child within 12 hours if your child was removed to be examined by a medical doctor or psychologist, unless abuse or neglect is diagnosed, and
- Inform you of the right to give a verbal, telephonic or written response to the allegations and have the response included in the investigation report. Any documentation you give and what you say or write will be included in the case record and can be used in court proceedings.

☐ A Preliminary Protective Hearing will be held on (date) _____ (time) _____
OR  Location (court name) _____ (address) _____
☒ You will be notified if DCS files a petition and a Preliminary Protective Hearing is set. DCS will provide you a written notice of the date, time and location of the hearing within 24 hours after the petition is filed.

If a petition is filed, you have the right to have an attorney represent you. The Juvenile Court will appoint an attorney to represent you if you qualify financially. The court may also appoint an attorney or a guardian ad litem to represent your child's best interest.

Before the Preliminary Protective Hearing, you must meet with your attorney. Also, before the Preliminary Protective Hearing, a meeting will be held to try to reach an agreement about placement of your child, what services should be provided and visitation with your child. The availability of reasonable services will be considered. The child's health and safety will be a main concern at this meeting.

Other people may attend this meeting including: child, relatives, other interested persons with whom the child might be placed, witnesses, advocates or a person who has knowledge of your child or an interest in the welfare of your child.

It is your responsibility to participate in all services determined reasonable and necessary by the court. If you do not, the court may hold further hearings to terminate your rights as a parent. This means your child will never be returned to you.
Services available to parents, guardians and custodians, and agencies to contact for assistance are listed on the back of this form.

3/31
W. Durango

You must:
- Immediately provide DCS with the names, type of relationship and all information you have to locate persons related to or who have a significant relationship with your child. This includes the child's grandparents, great-grandparents, brothers or sisters of whole or half-blood, aunts, uncles and first cousins.
- Tell DCS if you do not have enough information to locate a relative or person who has a significant relationship with the child.
- If you do not have all of this information, immediately provide the information to DCS when you get the information.
- Be ready to provide this information to the Juvenile Court at the Preliminary Protective Hearing.

DCS REPRESENTATIVE'S NAME (Please print): Laurie Foust
AREA CODE AND PHONE NO.: (602) 774-9554
ARIZONA DEPARTMENT OF CHILD SAFETY ADDRESS (No., Street, City, State, ZIP): 3550 N. Central Ave, Phoenix, AZ 85012
DCS SUPERVISOR'S NAME (Please print): Cindy L. Chrisman
AREA CODE AND PHONE NO.: (602) 774-9547

METHOD OF NOTICE: On (date) 09/08/2015, at (time) 1230 AM/PM, I served notice to (parent, guardian or custodian) (print name) Brittian Young
Method used: ☒ given directly ☐ left at residence ☐ verbal   Date: 9/8/2015   Time: 1230 pm
Address where mailed/left/given (No., Street, City, State, ZIP): 350 W. Thomas, Phx, AZ
ASK: Is the child or child's parents of American Indian heritage/ancestry? ☐ Yes ☒ No ☐ Unknown

PARENT, GUARDIAN OR CUSTODIAN'S SIGNATURE: _____
DCS REPRESENTATIVE'S SIGNATURE (or law enforcement officer): _____ Date: 9/8/2015

Page 14 of 21

# "OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD

**PURPOSE.** This form is required by Arizona law to notify the parent, guardian or custodian when a child is removed from his/her custody and placed in temporary custody prior to filing a Dependency Petition or for psychological or physical examination. This form also provides additional resources and services available to the parent, guardian or custodian.

- You may call the Parent Assistance Statewide Hotline, 1-800-732-8193 or Phoenix (602) 452-3580, TDD (602) 452-3545, for more information on the Juvenile Court Dependency process. Trained Hotline staff may also make referrals to community resources that may be available.
- You have the right to call the Office of the Ombudsman-Citizens' Aide, if you have a complaint about DCS actions. The Ombudsman-Citizens' Aide will impartially investigate the complaint, inform you of the results of the investigation and provide you with referrals for additional assistance. To contact the Ombudsman-Citizens' Aide call: 1-800-872-2879 or Phoenix (602) 277-7292.

### Services and Programs

Services provided are child-centered and family-focused to promote family preservation, independence and self-sufficiency. Programs available include, but are not limited to:

**In-Home Services:** Directed at strengthening the family unit to enhance parenting skills including:
- Intensive family preservation
- Parent aide services
- Parent skills training
- Child care
- Referrals to community services
- Counseling
- Peer self-help
- Services to high-risk infants and their families

**Out-of-Home Placement:** Placements provided for children who are unable to remain in their homes including:
- Relative homes
- Foster homes
- Group homes
- Residential treatment centers
- Independent living subsidy arrangements
- Community placements
- Selected placements, as ordered by juvenile court
- Adoption
- Guardianship

The Department of Child Safety is referring you to the following services: _____

Additional service needs will be assessed prior to the Preliminary Protective Hearing.

### COMPLETION AND DOCUMENTATION.

1. This notice must indicate the date and time that the child was placed in temporary custody, and the child's name.
2. Describe the specific reason why temporary custody is necessary must be indicated or stated.
3. Check the specific factors that constitute imminent danger that corresponds to the reason the child was removed.
4. The DCS Representative and his/her Supervisor's names, phone numbers, and address of the local DCS office must be completed.
5. Method of Notice section must be completed. One method of notice must be checked and this section must be signed by the DCS Representative or law enforcement officer who took temporary custody of the child.
6. If the parent, guardian or custodian is served directly, he/she should be asked to sign the form. If he/she refuses, write in "Refuses to Sign" on the signature line.
7. Leave a copy of the form with the parent, guardian or custodian even if the parent refuses to sign.

### DISTRIBUTION.

1. The original is given to the parent, guardian or custodian:
   a. Immediately if he/she is present at the removal;
   b. Within 24 hours if out-of-state (mailgram);
   c. As soon as possible if residence is unknown at time of removal.
2. A copy is sent to the Assistant Attorney General to file with the petition.
3. A copy is retained in the case record.

**RETENTION.** A copy of the form is retained in the permanent case record.

*[Handwritten notes: Arizona Rev. Statute 7½, Oct. 2 11:15, 125 W Washington, Juvenile #001, 602-37-Clerk, 3131 Du..., 602-506-4533, 4999286, Advocate, Tucson AZ ...]*

Equal Opportunity Employer/Program • Under Titles VI and VII of the Civil Rights Act of 1964 (Title VI & VII), and the Americans with Disabilities Act of 1990 (ADA), Section 504 of the Rehabilitation Act of 1973, the Age Discrimination Act of 1975, and Title II of the Genetic Information Nondiscrimination Act (GINA) of 2008; the Department prohibits discrimination in admissions, programs, services, activities, or employment based on race, color, religion, sex, national origin, age, disability, genetics and retaliation. The Department must make a reasonable accommodation to allow a person with a disability to take part in a program, service or activity. For example, this means if necessary, the Department must provide sign language interpreters for people who are deaf, a wheelchair accessible location, or enlarged print materials. It also means that the Department will take any other reasonable action that allows you to take part in and understand a program or activity, including making reasonable changes to an activity. If you believe that you will not be able to understand or take part in a program or activity because of your disability, please let us know of your disability needs in advance if at all possible. To request this document in alternative format or for further information about this policy, contact your local office; TTY/TDD Services: 7-1-1. • Free language assistance for department services is available upon request. • Disponible en español en línea o en la oficina local.

**"OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD**

# EXHIBIT D

## "OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD

OPEN ENTRY SERVICES

# Notice to Bond Claim

## Britian Willie Young, Prepositional Negotiator @ (www.openentryservices.com) Site on 4909 E. Beverly RD Phoenix, AZ 85044-5406 in Association with 4909 Beverly LLC by 1817 E Rio Salado Pkwy Tempe, AZ 85281 for Planning & Zoning

**Brittian Willie Young**
**10/13/2014**

On September 2, 2014, the representative for Open Entry Services (www.openentryservices) was conducting estimations for housing at San Paseo. San Paseo is located just east and next to the 4909 E. Beverly RD. Phoenix, AZ 85044 property. A week later on September 9, 2014 the representative was walking eastbound on Beverly road to follow up on housing estimations. Upon reaching the north east corner of 4909 E. Beverly Rd. Phoenix, AZ 85044 property, a heavy branch from a tree on the 4909 E. Beverly Rd. Phoenix, AZ 85044 property fell on representative causing deep lacerations to hands. The representative was forced to move heavy branch off him and the street. Negotiations made to adjust to demands and conditions set forth by Preposition.

# "OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD

OPEN ENTRY SERVICES

Guarantor   Brittian Willie Young

Guarantee   Open Entry Services

Contingency   $350,000

Property Site   4909 E. Beverly Rd. 85044 Phoenix, AZ 85044

Owner   4909 Beverly LLC

1817 E. Rio Salado Pkwy Tempe, AZ 85281

Rules & Safety   Open Entry Services has negotiated the a 28' by 48' area joined to trench addressed as 4909 E. Beverly Rd. 85044 Phoenix, AZ, on the northeast corner of said addressed property, and is responsible for the injuries and recovery of the representative at said addressed property. Any interruptions of recovery will result in liability of all injuries, damages, and inconveniences that may have been caused by opposition.

Author   _Brittian Willie Young_   Date   10-14-2014

Public Witness   _____   Date   _____

OFFICIAL SEAL
LAUREN PHILLIPS
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 28, 2016

STATE OF ARIZONA } ss.
COUNTY OF MARICOPA

This instrument was acknowledged before me this 14th day of October, 2014, by Brittian Willie Young
In witness whereof I herewith set my hand and official seal.

_Lauren Phillips_ NOTARY PUBLIC

12

## "OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD

### RECOVERY LETTER

October 14, 2014

4909 Beverly LLC

1817 E. Rio Salado Pkwy.

Tempe Arizona 85281

Re: Recovering In

Greetings!

In regards to recovery efforts being made, I wanted to take this time to let you know a couple of things about the small section of neighboring property on the northeast corner of 4909 E. Beverly Rd. 85044 and the new responsibilities that come with it.

Open Entry Services has negotiated the a 28' by 48' area joined to trench addressed as 4909 E. Beverly Rd. 85044 Phoenix, AZ, on the northeast corner of said addressed property, and is responsible for the injuries and recovery of the representative at said addressed property. Any interruptions of recovery will result in liability of all injuries, damages, and inconveniences that may have been caused by opposition.

Sincerely, _Brittian Willie Young_    Date  10-14-2014

Brittian Willie Young, Prepositional Negotiator

www.openentryservices.com

brittian.young@openentryservices.com

STATE OF ARIZONA } ss.
COUNTY OF MARICOPA

OFFICIAL SEAL
LAUREN PHILLIPS
Notary Public - State of Arizona
MARICOPA COUNTY
My Comm. Expires Aug. 28, 2016

This instrument was acknowledged before me this 14th day of October, 20 14 by Brittian Willie Young. In witness whereof I herewith set my hand and official seal.

_Lauren Phillips_ NOTARY PUBLIC

13

# EXHIBIT E

# "OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD

Branch :WFP   User :EDRO

**RECORDING REQUESTED BY**

AND WHEN RECORDED MAIL TO:

4909 BEVERLY LLC
1817 E. RIO SALADO PARKWAY
TEMPE, AZ 85281

OFFICIAL RECORDS OF
MARICOPA COUNTY RECORDER
HELEN PURCELL
2008-0516797 06/11/08 12:10 PM
1 OF 3

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## Warranty Deed
### Exempt A.R.S. 11-1134-B-9

For the consideration of Ten Dollars, and other valuable considerations, I or we,

AKHTAR RAHMAN, husband of Monica Rahman, dealing with his sole and separate property, as to an undivided 50% interest and JOHN RAHMAN, an unmarried man, as to an undivided 50% interest

do/does hereby convey to

4909 BEVERLY LLC, an Arizona Limited Liability Company

the following real property situated in County, ARIZONA:

The North 360 feet of the East 330 feet to the Southwest quarter of the Northwest quarter of Section 5, Township 1 South, Range 4 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona.

SUBJECT TO: Current taxes and other assessments, reservations in patents and all easements, rights of way, encumbrances, liens, covenants, conditions, restrictions, obligations, and liabilities as may appear of record.

And I or we do warrant the title against all persons whomsoever, subject to the matters set forth above.

Dated May 30, 2008

AKHTAR RAHMAN

JOHN RAHMAN

State of ARIZONA
County of Maricopa } ss

This instrument was acknowledged before me this 6/10/08 by Akhtar Rahman and John Rahman.

L. ARDEN MILLER
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
APRIL 17, 2010

Notary Public

My commission will expire 4-17-2010

MARICOPA, AZ Document:DED WAR 2008.516797        Page:1 of 1
Printed on:7/11/2016 2:13 PM

# EXHIBIT F

# "OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD

Site @ O.E.S On 4909 E Beverly Road, Phoenix AZ, 85041

Card Number ************7903
Name: BRITTIAN W YOUNG
Address: 2120 W VANBUREN ST # 229
PHOENIX, AZ 85009 USA

**Funding Transactions**

| Date | Description | Amount |
|---|---|---|
| 10/17/2014 | REMOVE FUNDS | -$17.38 |
| 10/16/2014 | ADD FUNDS | $705.14 |
| 10/02/2014 | ADD FUNDS | $40.00 |
| 10/02/2014 | ADD FUNDS | $775.55 |

| Date | Description | Amount |
|---|---|---|
| 10/20/2014 | VISA PURCHASE THE HOME DEPOT #0489 TEMPE ,AZ461043 | -$0.62 |
| 10/18/2014 | VISA PURCHASE THE HOME DEPOT #0489 TEMPE ,AZ461043 | -$357.54 |
| 10/18/2014 | VISA PURCHASE U-HAUL AT GRAND AVE & IN PHOENIX WEST ,AZ444500 | -$58.46 |
| 10/18/2014 | VISA PURCHASE THE HOME DEPOT 477 PHOENIX ,AZ461043 | -$34.63 |
| 10/18/2014 | VISA PURCHASE THE HOME DEPOT #0489 TEMPE ,AZ461043 | -$12.95 |
| 10/17/2014 | VISA PURCHASE LOWES #03000* TEMPE ,AZ469216 | -$194.58 |
| 10/04/2014 | VISA PURCHASE THE HOME DEPOT 477 PHOENIX ,AZ461043 | -$145.21 |
| 10/04/2014 | VISA PURCHASE U-HAUL AT GRAND AVE & IN PHOENIX WEST ,AZ444500 | -$75.56 |
| 10/03/2014 | VISA PURCHASE LOWES #03000* TEMPE ,AZ469216 | -$552.86 |

**Funding Transactions**

| Date | Description | Amount |
|---|---|---|
| 09/18/2014 | ADD FUNDS | $721.14 |

**Card Transactions**

| Date | Description | Amount |
|---|---|---|
| 09/30/2014 | VISA RETURN THE HOME DEPOT #0489 TEMPE ,AZ461043 | $3.20 |
| 09/29/2014 | VISA PURCHASE THE HOME DEPOT #0489 TEMPE ,AZ461043 | -$3.20 |

09/27/2014 VISA PURCHASE LOWES #02421* PHOENIX ,AZ469216 -$83.20
09/27/2014 VISA PURCHASE LOWES #02421* PHOENIX ,AZ469216 -$9.71
09/26/2014 VISA PURCHASE WAL-MART #2512 PHOENIX ,AZ445501 -$204.54

**Funding Transactions**

| Date | Description | Amount |
|---|---|---|
| 11/21/2014 | ADD FUNDS | $45.00 |
| 11/06/2014 | ADD FUNDS | $964.18 |

**Card Transactions**

| Date | Description | Amount |
|---|---|---|

11/12/2014 VISA PURCHASE THE HOME DEPOT 477 PHOENIX ,AZ461043 -$41.90
11/11/2014 VISA PURCHASE THE HOME DEPOT #0489 TEMPE ,AZ461043 -$50.00
11/10/2014 VISA PURCHASE THE HOME DEPOT #0489 TEMPE ,AZ461043 -$338.30
11/09/2014 VISA PURCHASE THE HOME DEPOT #0489 TEMPE ,AZ461043 -$33.21
11/09/2014 VISA PURCHASE THE HOME DEPOT #0489 TEMPE ,AZ461043 -$32.76

# "OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD

## SPECIAL SERVICES CUSTOMER INVOICE

Store 0489 TEMPE(K)
1330 W BASELINE ROAD
TEMPE, AZ 85283

Phone: (480) 775-6404
Salesperson: CXG4563
Reviewer:

Page 1 of 3  **No. 0489-191992**

**VALIDATION AREA**
72 CXG4563    /1*
084111/7201564    07:40 AM

| SALE | | |
|---|---|---|
| ORDER ID: | 0489-191992 | |
| RETAIL AMOUNT | | 312.37 |
| ADDL MDSE | | 0.00 |
| ADDL MDSE SUBTOTAL | | 312.37 |
| SUBTOTAL | | 312.37 |
| SALES TAX | | 25.93 |
| TOTAL | | $338.30 |
| XXXXXXXXXXXX7903 VISA | | 338.30 |
| AUTH CODE 084111/7201564 | | TA |

This is only a QUOTE for the merchandise and services printed below. This becomes an Agreement upon payment and an endorsement by a Home Depot register validation.

**SOLD TO**

| Name | YOUNG BRITTIAN | | Home Phone | (480) 313-9735 |
|---|---|---|---|---|
| Address | 4909 E BEVERLY RD | | Work Phone | |
| | | | Company Name | |
| City | PHOENIX | | Job Description | REDUCE TAG ITEM |
| State | AZ | Zip 85044 | County MARICOPA | |

QUOTE is valid for this date: 11/08/2014

We reserve the right to limit the quantities of merchandise sold to customers

## HOME DEPOT DELIVERY #1    REF # V03

## MERCHANDISE AND SERVICE SUMMARY

### STOCK MERCHANDISE TO BE DELIVERED:

| REF # | SKU | QTY | UM | DESCRIPTION | PA TAX | PRICE EACH | EXTENSION |
|---|---|---|---|---|---|---|---|
| R01 | 0000-978-036 | 16.50 | EA | 1 1/8"X4'X8' ADRIAN ASH PANEL / | A Y | $9.88 | $163.02 |
| R02 | 0000-407-644 | 1.00 | EA | S/O V-2500 WINDOW / Reduced Tag Merchandise, Reduced Tag #98210489009350l; | A Y | $149.34 | $149.34 |

**MERCHANDISE TOTAL:**  $312.36

### DELIVERY INFORMATION:

SCHEDULED DELIVERY DATE: 11/08/2014    SCHEDULED DELIVERY TIME: Will be scheduled upon arrival of all

| V03 | 0000-515-663 | 1.00 | EA | Pro Delivery Truck | A N | $0.01 | $0.01 |

S/O Merchandise

**DELIVERY SERVICE SUBTOTAL:**  $0.01

### THE PCC WILL DELIVER MDSE TO: YOUNG, BRITTIAN

| ADDRESS: | 4909 E BEVERLY RD | | CITY: | PHOENIX |
|---|---|---|---|---|
| STATE: | AZ | ZIP: 85044 | COUNTY: | MARICOPA |
| PHONE: | (480) 313-9735 | ALTERNATE PHONE: (480) 313-9735 | SALES TAX RATE: | 0.000 |

*** CONTINUED ON NEXT PAGE ***

Check your current order status online at
www.homedepot.com/orderstatus

(9801) 010030793

NOT VALID FOR MERCHANDISE CHECKOUT

18

**"OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD**

# EXHIBIT G

# "OPEN ENTRY SERVICES" MOVE TO STRIKE FRAUD

BUMP SPORTS MEDICINE INSTITUTE 755 755 E McDowell Rd 2nd Fl Phoenix, AZ 85006-
Patient: YOUNG, BRITTIAN WILLIE

MR Lower Ext Any Joint W-O Only Rt 07-06-2022 (1).pdf

https://mybanner.iqhealth.com/person/00UDQVDIYD92LUZXF297/health-record/radiology/types/common/51978790630/download

Show in folder

MR Lower Ext Any Joint W-O Only Rt 07-06-2022.pdf

https://mybanner.iqhealth.com/person/00UDQVDIYD92LUZXF297/health-record/radiology/types/common/51978790634/download

Show in folder

Ambulatory Patient Education 06-13-2022 (1).pdf

https://mybanner.iqhealth.com/person/00UDQVDIYD92LUZXF297/health-record/documents/types/common/51634676611/download

Show in folder

Ambulatory Patient Education 06-13-2022.pdf

https://mybanner.iqhealth.com/person/00UDQVDIYD92LUZXF297/health-record/documents/types/common/51634677036/download

Show in folder

Orthopedic Office-Clinic Note 07-18-2022.pdf

https://mybanner.iqhealth.com/person/00UDQVDIYD92LUZXF297/health-record/documents/types/common/52156212007/download

Show in folder